David Versfelt (DV 8935)
Elizabeth M. Harris (EH 4368)
KIRKPATRICK & LOCKHART
 PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212.536.3900
Facsimile: 212.536.3901

Attorneys for Defendant Kate's Paperie, Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KOLO, LLC,                                                 :
                                                           :
                        Plaintiff,                         :
                                                           :  No.: 07-Civ.-10653 (CM)
        v.                                                 :
                                                           :
KATE'S PAPERIE, LTD.,                                      :
                                                           :
                        Defendant.                         :
-----------------------------------------------------------x

### RULE 7.1 STATEMENT OF
### DEFENDANT KATE'S PAPERIE, LTD.

Pursuant to Federal Rule Civil Procedure 7.1, Defendant Kate's Paperie, Ltd. states that no parent corporation or publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
        December 28, 2008

Respectfully submitted,

By: _____
     David S. Versfelt (DV 8935)
     Elisabeth M. Harris (EH4368)

KIRKPATRICK & LOCKHART PRESTON
 GATES ELLIS LLP
599 Lexington Avenue
New York, NY 10022-6030
212-536-3900
212-536-3901 (fax)

*Attorneys for Defendant Kate's Paperie, Ltd.*

NY-576098 v1