UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KOLO, LLC,

                Plaintiff,

v.

KATE'S PAPERIE, LTD.,

                Defendant.

------------------------------------------------------------x

07 Civ. 10653 (CM)

## AFFIRMATION OF DAVID S. VERSFELT, ESQ. IN SUPPORT OF MOTION TO DISMISS COUNTS ONE THROUGH FOUR AND NINE OF THE COMPLAINT

STATE OF NEW YORK    )
                               : 
COUNTY OF NEW YORK  )

       I, David S. Versfelt, hereby affirm and state as follows:

       1.      I am an attorney duly admitted to practice in the courts of New York State and before this Court. I am a partner in the law firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, which represents defendant Kate's Paperie, Ltd. ("Defendant") in this action. I am personally familiar with the specific matters asserted herein.

       2.      I submit this affirmation in support of Defendant's motion to dismiss counts I, II, III, IV and IX of the Complaint.

       3.      Attached hereto as Exhibit A is a true and correct copy of a Letter of Intent ("Acquisition LOI") between Kate's Paperie LTD and Affiliates, hereinafter "Kate's," and Kolo Retail, LLC, hereinafter "Kolo", dated August 2, 2007.

NY-575972 v1

4. Attached hereto as Exhibit B is a true and correct copy of a Letter of Intent ("Shop-in-Shop LOI") between Kate's and Kolo. The Shop-in-Shop LOI is undated and not executed.

5. Attached hereto as Exhibit C is a true and correct copy of the Complaint in this action.

*David A. Versfelt*
David S. Versfelt

Dated: December 28, 2008
New York, New York