David S. Versfelt (DV 8935)
Elizabeth M. Harris (EH 4368)
KIRKPATRICK & LOCKHART
 PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212.536.3900
Facsimile: 212.536.3901

Attorneys for Defendant Kate's Paperie, Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KOLO, LLC,

                Plaintiff,

    v.

KATE'S PAPERIE, LTD.,

                Defendant.

------------------------------------------------------------x

No.: 07-Civ.-10653 (CM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                            ) ss.:
COUNTY OF NEW YORK )

ROXANA I. BOBOC, being duly sworn, deposes and says:

1. I am employed by the firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen years of age and am not a party to this action.

2. On December 28, 2007, I caused to be served by First Class mail true and correct copies of the **Notice of Motion, Affirmation of David S. Versfelt, Esq. in Support of Motion to Dismiss Counts One Through Four and Nine of the Complaint (with Exhibits A to C) Rule 7.1 Statement of Defendant Kate's Paperie, Ltd., Memorandum of Law in Support of the Motion by Defendant Kate's Paperie, Ltd. to Dismiss Counts One Through Four and Nine of the Complaint, and Answer to Causes Fifth, Sixth, Seventh, Eighth and Tenth of the Complaint** by depositing the same, enclosed in a postage paid, properly addressed envelope,

in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, on the following:

Frank J. Ciano, Esq.
Robert Varga, Esq.
Goldberg Segalla LLP
170 Hamilton Avenue
Suite 203
White Plains, NY 10601

Sworn to before me this
28th day of December, 2007

Notary Public

ARNOLD J. BURRUS
Notary Public, State of New York
No. 41-4720413
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 30, 20 __

_____
Roxana I. Boboc

- 2 -