# GOLDBERG SEGALLA LLP
*Attorneys at Law*

| PENNSYLVANIA | NEW YORK | NEW JERSEY |
|---|---|---|
| Philadelphia | Buffalo • Syracuse • Albany • Manhattan | Princeton |
|  | Rochester • White Plains • Long Island |  |

Frank J. Ciano

Direct dial 914.798.5410
fciano@goldbergsegalla.com

170 Hamilton Ave. / Suite 203
White Plains, New York 10601
914.798.5400  FAX 914.798.5401
www.goldbergsegalla.com

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/08

January 14, 2008

**VIA FACSIMILE:** (212) 805-6326

Hon. Colleen McMahon
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Re: Kolo, LLC v. Kate's Paperie, Ltd.,
Venue: U.S. District Court, Southern District of New York
Civil Action No.: 07-CIV-10653 (CM)
GS File No.: 8983.0001

Dear Judge McMahon:

We represent the Plaintiff, Kolo, LLC, in the above-referenced matter.

We respectfully request an extension of time to properly oppose Defendant Kate's Paperie's Motion to Dismiss, Counts I-IV and IX, until January 22, 2008. Our client was traveling for the past 10 days or so and the information that we requested to fully address the motion has not been received by us. Initially, it appeared that our client would be able to provide the requisite information, however, Friday we were notified that the client experienced difficulties due to his travel arrangements, which prevented him from providing us crucial information in opposition to the motion.

The original due date of plaintiff's opposition is January 14, 2008 and no prior requests were made in this action. Defendant's counsel refused to consent to an extension of time on the ground that his client wished to fully submit the motion in advance of the January 25, 2008 initial conference in this action. This was the only reason provided to us.

The parties are scheduled to appear before Your Honor on January 25, 2008 for an initial conference. The parties have agreed upon the proposed case management plan, which is currently in Defendant's possession. If it is necessary, Plaintiff also requests that the initial

*Affiliated with Studio Legale Casini, Milan and Viareggio, Italy*

Hon. Colleen McMahon
January 14, 2008
Page 2

conference be adjourned one week so that the Motion to Dismiss can be fully submitted and addressed at the conference.

Thank you for your attention to this matter. Should you have any questions, please feel free to contact me.

Very truly yours,

*Frank J. Ciano*

Frank J. Ciano, Esq.

FJC/lm
cc: David Versfelt, Esq.
97532.1