# K&L | GATES

Kirkpatrick & Lockhart Preston Gates Ellis LLP
599 Lexington Avenue
New York, NY 10022-6030

т 212.536.3900    www.klgates.com

January 24, 2008

David S. Versfelt
D 212.536.3991
F 212.536.3901
david.versfelt@klgates.com

**MEMO ENDORSED**

1/24/08
Matter Adj to 2/6/08
At 10:00 am

*[signature: Colleen McMahon]*

**VIA FACSIMILE: 212-805-6326**

Honorable Colleen McMahon
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 640
New York, NY 10007

   Re: Kolo, LLC v. Kate's Paperie, Ltd.,
     07-CIV-10653 (CM)

Dear Judge McMahon:

  We represent Defendant Kate's Paperie, Ltd. in the above action. I write to request an adjournment of the case management conference/oral argument that I understand is now scheduled for the morning of February 1, 2008. That same morning, I must appear for another conference in White Plains, New York, before the Honorable Stephen C. Robinson, U.S.D.J. in a multi-party case styled *Fuji Photo v. McNulty, et al.* (05-CV-7869). As Judge Robinson's chambers are located in White Plains, it is unlikely that I would be able to be present at 500 Pearl Street in time for a conference before Your Honor prior to late afternoon on February 1. Thus, we respectfully request an adjournment of the case management conference to a later date. For the Court's convenience in re-scheduling, I could be available for a conference/oral argument in this matter on any day during the week of February 4.

  Thank you for your attention to this matter

           Respectfully submitted,

           *[signature]*
           David S. Versfelt

DSV:emh

cc: Frank J. Ciano, Esq.(via facsimile)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/24/08

NY-581125 v1