David S. Versfelt (DV 8935)
Elizabeth M. Harris (EH 4368)
KIRKPATRICK & LOCKHART
 PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212.536.3900
Facsimile: 212.536.3901

Attorneys for Defendant Kate's Paperie, Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

KOLO, LLC,

                 Plaintiff,

    v.

         No.: 07-Civ.-10653 (CM)

         **AFFIDAVIT OF SERVICE**

KATE'S PAPERIE, LTD.,

                 Defendant.

-----------------------------------------------------------x

STATE OF NEW YORK  )
                           ) ss.:
COUNTY OF NEW YORK )

    SAMANTHA J. KATZE, being duly sworn, deposes and says:

    1.    I am employed by the firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen years of age and am not a party to this action.

    2.    On February 15, 2008, I caused to be served by electronic mail copies of the **Prehearing Brief of Kate's Paperie, LTD, Defendant's Proposed Findings of Fact and Conclusions of Law, Witness Statement of Lionel Flax, and Defendant's Supplemental Exhibits to Proposed Findings of Fact**, on the following:

Robert Varga, Esq.
Goldberg Segalla LLP
170 Hamilton Avenue
Suite 203
White Plains, NY 10601

      3.     In addition, a courtesy copy has been delivered to the Honorable Colleen McMahon, and a complete set of all filings will be served today via electronic mail by agreement of counsel for the parties.

Sworn to before me this
15th day of February, 2008

_Carol A. Bentz_
Notary Public

                                        _Samantha J. Katze_

CAROL A. BENTZ
Notary Public, State of New York
No. 41-4774105
Qualified in Queens County
Commission Expires June 30, 20 10