David Versfelt (DV 8935)
Elizabeth M. Harris (EH 4368)
KIRKPATRICK & LOCKHART
PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212.536.3900
Facsimile: 212.536.3901

Attorneys for Defendant Kate's Paperie

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KOLO, LLC,                                :
                                          :
              Plaintiff,                  :
                                          :   07 Civ. 10653 (CM)
       v.                                 :
                                          :   **NOTICE OF MOTION**
                                          :
                                          :   **ORAL ARGUMENT REQUESTED**
KATE'S PAPERIE, LTD.,                     :
                                          :
              Defendant.                  :
-------------------------------------------------------X

**PLEASE TAKE NOTICE** that Defendant Kate's Paperie, Ltd., upon the Memorandum of Law in Support of Motion by Defendant Kate's Paperie, Ltd. To Strike the Third Amended Complaint, the Affirmation of Elizabeth M. Harris dated May 15, 2008, and related papers, will move this Court, pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, to strike the Third Amended Complaint. The motion shall be made before the Honorable Colleen McMahon, at the United States District Court for the Southern District of New York, Room 640, 500 Pearl Street, New York, N.Y. 10007, as soon as counsel can be heard, for an Order striking the Third Amended Complaint filed in the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Judge McMahon's Individual Practices, answering papers, if any, must be served within fourteen days after receipt of the moving papers, and any reply papers shall be served within five business days after service

of the answering papers.

Dated: New York, New York
       May 12, 2008

                                      Respectfully submitted,

                                      */s/ David A. Versfelt*
                                      David S. Versfelt (DV-8935)
                                      Elizabeth M. Harris (EH 4368)

                                      KIRKPATRICK & LOCKHART
                                       PRESTON GATES ELLIS LLP
                                      599 Lexington Avenue
                                      New York, NY 10022-6030
                                      (212) 536-3900

                                      *Attorneys for Defendant*