David S. Versfelt (DV 8935)
Elizabeth M. Harris (EH 4368)
KIRKPATRICK & LOCKHART
 PRESTON GATES ELLIS LLP
599 Lexington Avenue
New York, New York 10022
Telephone: 212.536.3900
Facsimile: 212.536.3901

Attorneys for Defendant Kate's Paperie, Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

KOLO, LLC,

                              Plaintiff,

            v.                                                    No.: 07-Civ.-10653 (CM)

KATE'S PAPERIE, LTD.,                                    **AFFIDAVIT OF SERVICE**

                              Defendant.

-------------------------------------------------------x

STATE OF NEW YORK      )
                                              ) ss.:
COUNTY OF NEW YORK )

PHILIP M. SELIGER, being duly sworn, deposes and says:

1.       I am employed by the firm of Kirkpatrick & Lockhart Preston Gates Ellis LLP, having offices at 599 Lexington Avenue, New York, New York 10022. I am over eighteen years of age and am not a party to this action.

2.       On May 12, 2008, I caused to be served by FedEx a copy of the Notice of Motion, Memorandum of Law in Support of the Motion by Defendant Kate's Paperie, Ltd. to Strike the Third Amended Complaint and the Affirmation of Elizabeth M. Harris, Esq. in Support of Motion to Strike the Third Amended Complaint, on the following:

                              Robert Varga, Esq.
                              Goldberg Segalla LLP
                              170 Hamilton Avenue
                              Suite 203
                              White Plains, NY 10601

Sworn to before me this
12th day of May, 2008

_____                                    _____
Notary Public                                                            Philip M. Seliger

ARNOLD J. BURRUS
Notary Public, State of New York
No. 41-4720413
Qualified in Queens County
Certificate Filed in New York County
Commission Expires March 30, 20___