UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
KOLO, LLC,
                     Plaintiff,

 -against-                            1:07-cv-10653 (CM)

KATE'S PAPERIE, LTD.,

                     Defendant.
-----------------------------------------------------------X

### ORDER

Upon review of Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion to Strike Plaintiff's Third Amended Complaint, the Court **GRANTS** the extension requested by the Plaintiff, and hereby establishes the following new deadline for the Plaintiff to respond to the Defendant's Motion as follows:

    a.    Plaintiff is to file its response to the Defendant's Motion to Strike Plaintiff's Third Amended Complaint, by June 26th, 2008.

IT IS SO ORDERED.

_____
COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/21/08
```