DIST EXEC SDNY    Fax:212-805-0383    Jun 3 2008 10:23am  P002/002

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: 6/4/08          │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KOLO, LLC,

                     Plaintiff,

-against-

KATE'S PAPERIE, LTD.

                     Defendant.

07 CIV.10653

STIPULATION
OF DISCONTINUANCE
WITH PREJUDICE

Judge McMahon

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, attorneys of record for the respective parties hereto that, this action shall be, and the same hereby is discontinued in its entirety with prejudice pursuant to Rule 41(A)(ii), without costs or disbursements to either party.

Dated: May 27, 2008

KIRKPATRICK & LOCKHART
   PRESTON GATES ELLIS, LLP

By: _David A. Versfelt_ (DV-8435)
   David Versfelt, Esq.
   Elizabeth Harris, Esq.
*Attorneys for Defendant Kate's Paperie, Ltd.*
599 Lexington Avenue
New York, N.Y. 10022
(212) 536-3900

GOLDBERG SEGALLA, LLP

By: _____
   Frank Ciano, Esq.
   Brian Stapleton, Esq.
*Attorneys for Plaintiff, Kolo, LLC*
170 Hamilton Avenue, Suite 203
White Plains, New York 10601
(914) 798-5410

SO ORDERED:

_____
               USDJ

6-3-2008